**TIG**
TRANSIT INSURANCE GROUP

300 West Lexington Street
Baltimore, Maryland 21201-3415

TRANSPORTATION ACCIDENT/INCIDENT REPORT
(Prepared in Anticipation of Litigation)

REPORT NO. 851

| DIVISION: Bush | DATE: 11-16-99 | TIME: 2:30 P.M. | LOCATION ON: Countryway - Willow | AT/BET: |
| BUS NO. | LINE | DIRECTION: N E S (W) | WEATHER: Clear | CONDITION OF ROADWAY: Good |

BUS/ON TIME: no /MIN. LATE: ___   NO. OF PASSENGERS: 1   NO. OF WITNESSES: 0

OPERATOR'S NAME: Earllen Rowe   BADGE NUMBER: 1283   DRIVER'S LICENSE NUMBER:

OPERATOR'S ADDRESS AND ZIP: 4811 Gateway   OPERATOR'S TELEPHONE: 410-536-5999 #2356

DESCRIBE ACCIDENT IN DETAIL:
Driver pick me up at my home - he made a Left turn onto Countryway. He then pick-up speed around ten. Then He saw stop sign and put on brakes. He [tried to miss] a pole but missed it, I was thrown from seat. I ended up under his S.T. My left shoulder and hand hit a fair box. the Driver rolled me over on my back. I stay this way until ambulance got there to take to hospital.

| OTHER VEH. MAKE & MODEL | YEAR | SERIAL NO. | TAG NO. | YEAR | STATE | TITLE NO. |
| DRIVER'S NAME | | DATE OF BIRTH | SEX | DRIVER'S LIC. NO. | EXPIRES | STATE |
| DRIVER'S ADDRESS | | CITY | STATE | ZIP CODE | TELEPHONE NUMBER | |
| NAME OF EMPLOYER | | ADDRESS OF EMPLOYER | | CITY | STATE | ZIP CODE |
| OWNER'S NAME | | OWNER'S ADDRESS | | CITY | STATE | ZIP CODE |
| INSURANCE COMPANY | | ADDRESS OF INS. CO. | | POLICY NUMBER | | EFF. DATE |
| CITY | STATE | ZIP CODE | DESCRIBE DAMAGE: | | | |

Speed of bus at time damage of collision first became apparent _____ m.p.h.
Speed of bus when first contact with vehicle occurred? _____ m.p.h.
Speed of vehicle when first contact with bus occurred? _____ m.p.h.
How far were you from point of accident at the time you applied brakes? _____ feet.
How far did your vehicle move after collision? _____ feet.

**PASSENGER ACCIDENT**
AT TIME OF ACCIDENT: (CHECK PROPER ITEMS) WAS PERSON: Boarding _____ Alighting _____ On Board _____
At Front Door _____ At Rear Door _____ Struck By Doors _____
TYPE OF DOOR CONTROL: Manual _____ Treadle _____ Push Out _____ Other _____
MOTION OF M.T.A. VEHICLE: Standing _____ Starting _____ Stopping _____ Running (Straight _____ Curve _____ )
Going _____ M.P.H.

A FALL, GIVE LOCATION: Front Steps _____ Front Platform _____ Aisle _____ Rear of Center Platform _____
Rear of Center Steps _____

DID PERSON CONTACT M.T.A. VEHICLE IN FALLING? Yes _____ No _____ : IF OUTSIDE, DISTANCE FROM VEHICLE _____ FEET.
DISTANCE OF DOOR INVOLVED FROM CURB _____ FEET.

TIG 101 7/91

MW-2
REV 9/88

EMPLOYEE ACCIDENT REPORT — | 11-16-99 | 2:30 P.M. |

(MAKE IN DUPLICATE)

NAME OF EMPLOYEE  Ezrellen — (FIRST)  (MIDDLE)   Rowe (LAST)   BADGE/PAYROLL # 1283

MAIL ADDRESS  4811 Gateway   CITY Enbut STATE MD   ZIP 21227

PHONE 410-536-5992   Ext A652   LENGTH OF SERVICE 9 yr   SOC. SEC. # 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

DATE AND PLACE OF BIRTH  8-11-50   Chicago, IL   CITY ____ STATE ____

AGE 49   MALE ____ FEMALE ____ MARRIED ✓ SINGLE ____ WIDOWED ____ DIVORCED ____

VEH/BUS # ____ PLACE OF ACCIDENT County & Wilk   HOUR EMPLOYEE STARTED WORK 2:45

IF TIME LOST, DATE DISABILITY BEGAN 10-31-98   WAS EMPLOYEE PAID IN FULL FOR THIS DAY ____

OCCUPATION WHEN INJURED  Driver   REGULAR OCCUPATION  Driver

DATE FOREMAN OR SUPERVISOR FIRST KNEW OF ACCIDENT  11-16-99   ESTIMATE OF LOST TIME ____

MEDICAL CARE PROVIDED BY  Saint Agnes

CAUSE OF INJURY (Describe in Detail)  Driver put brakes on quickly had to stop Sign, because of speeding. I try to grab the pole on bus, could n't then thrown from back up to front was Driver seat.

NATURE OF INJURY (Scrain, Strain, Bruise, Cut, Fracture, ETC.)
INDICATE PART OF BODY

Injury to Left shoulder — 3 fingers on Left hand.

SUPERVISOR'S COMMENTS ____

DATE OF REPORT 11-17-99   CHECKED BY ____   EMPLOYEE SIGNATURE Ezrellen Rowe

Should you feel you qualify for Supplemental Compensation under the provisions of your Collective Bargaining Agreement, you are required to contact your supervisor or superintendent no later than the date of first receipt of Worker's Compensation benefits.