# Exhibit 2

**TIG**
TRANSIT INSURANCE GROUP

300 West Lexington Street
Baltimore, Maryland 21201-

MTA EXH #  9B  Misc B

TRANSPORTATION ACCIDENT/INCIDENT REPORT
(Prepared in Anticipation of Litigation)

REPORT NO. ___

| DIVISION | DATE | TIME A.M./P.M. | LOCATION ON | AT/BET. |
|---|---|---|---|---|
| Bush | 10-31-98 | 6:10 P.M. | Fort McHenry | |

| BUS NO. | LINE | DIRECTION N E S W | WEATHER | CONDITION OF ROADWAY |
|---|---|---|---|---|
| 4873 | 1 | (S) | Clear | Good |

BUS/ON TIME ___ /MIN. LATE ___   NO. OF PASSENGERS 0   NO. OF WITNESSES 0

| OPERATOR'S NAME | BADGE NUMBER | DRIVER'S LICENSE NUMBER |
|---|---|---|
| Earllen Rowe | 1283 | R-000-162-019-628 |

OPERATOR'S ADDRESS AND ZIP: 4811 Gateway Terr. Anbasmo 21227
OPERATOR'S TELEPHONE: 410-536-5992

DESCRIBE ACCIDENT IN DETAIL:
I had gotten to my layover at Fort McHenry when young white male knock at my door shouted bus I open the door, doing this I was assault my three white males with eggs. My left upper arm was injured and also my head. Transport to Harbor Hospital with my enjuries

[Remainder of form marked N/A]

TIG-101 7

MM 2
REV 9/88

| EMPLOYEE ACCIDENT REPORT — | DATE OF ACCIDENT 11-2-98 | TIME 6:15 A.M. | DEPT. OR DIV. NO. U621 | REPORT NO. |
|---|---|---|---|---|

MTA EXH # _____

(MAKE IN DUPLICATE)

NAME OF EMPLOYEE  Earllen (FIRST) _____ (MIDDLE) Rowe (LAST)    BADGE/PAYROLL # 1283

MAIL ADDRESS 4811 Gate Way  CITY ~~Arbi~~ STATE MD ZIP 21227

PHONE 410-536-59__  LENGTH OF SERVICE 2 yrs  SOC. SEC. # 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

DATE AND PLACE OF BIRTH 8-11-50 - Illinois  CITY _____ STATE _____

AGE 48  MALE ___  FEMALE X  MARRIED X  SINGLE ___  WIDOWED ___  DIVORCED ___

VEH/BUS # 8873  PLACE OF ACCIDENT Fort McHenry  HOUR EMPLOYEE STARTED WORK 4:45

IF TIME LOST, DATE DISABILITY BEGAN Saturday  WAS EMPLOYEE PAID IN FULL FOR THIS DAY ___

OCCUPATION WHEN INJURED Bus Operator  REGULAR OCCUPATION Bus Operator

DATE FOREMAN OR SUPERVISOR FIRST KNEW OF ACCIDENT 10-31-98 Saturday  ESTIMATE OF LOST TIME 8 hrs.

MEDICAL CARE PROVIDED BY Harbor Hospital - Mercy Medical Center

CAUSE OF INJURY (Describe in Detail) On 10-31-98, Fort McHenry ~~Accide~~ White males (3) assualted me with eggs causing to injure my head, left arm.

NATURE OF INJURY (Sprain, Strain, Bruise, Cut, Fracture, ETC.)
INDICATE PART OF BODY  Head, Left Arm

SUPERVISOR'S COMMENTS _____

DATE OF REPORT _____  CHECKED BY _____  EMPLOYEE SIGNATURE Earllen Rowe

Should you feel you qualify for Supplemental Compensation under the provisions of your Collective Bargaining Agreement, you are required to contact your supervisor or superintendent no later than the date of first receipt of Worker's Compensation benefits.