June 8, 2003

Judge Andre Davis
Jessie Lyons Crawford

Dear Judge Davis and Ms. Crawford:

My sincerest apologies to the Court and Counsel for Defendants.

Respectfully,


Michael J. Snider, Esq.
Snider Law Offices